**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 454 MAL 2014
:
Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
v. :
:
:
:
JAMES EUGENE ETZWEILER, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.